USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LIONEL FOLGER,

                Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES, LLC, ET AL.,

               Defendants.

------------------------------------------------------------x

19-cv-8304 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled between Plaintiff and Defendant Experian Information Solutions, Inc., these parties are hereby **ORDERED** to submit a joint status report regarding settlement on or before **March 27, 2020**. This action is hereby **STAYED** as to Defendant Experian Information Solutions, Inc.

**SO ORDERED.**

Dated:    February 21, 2020
            New York, New York

                                    HON. ANDREW L. CARTER, JR.
                                    United States District Judge